138927

# UNITED STATES DISTRICT COURT

## District of Minnesota

Clerk's Office, 700 Federal Building,
316 North Robert Street, St. Paul, MN 55101
Phone: 651-848-1100

## MOTION FOR ADMISSION PRO HAC VICE

**Case Number:** 01-2181 DWF/AJB **Case Title:** ENGSTROM VS EXPERIAN INFORMATION

**Affidavit of Movant**

I, Gregory J. Myers, an active member in good standing of the bar of the U.S. District Court for the District of Minnesota, request that this Court admit pro hac vice Michelle M. Blum, an attorney admitted to practice in the (See Exhibit A) District of (See Exhibit A) but not admitted to the bar of this court, who will be counsel for the ( )plaintiff (x)defendant Experian Information Solutions, Inc. in the case listed above. I am aware that the local rules of this court require that I participate in the presentation of the case listed above, and that I accept service of all papers served.

Signature: [signature] MN Attorney License #: 0287398 Date: 1/4/02

**Affidavit of Proposed Admittee**

I, Michelle M. Blum, am currently a member in good standing of the U.S. District Court for the (See Exhibit A) District of (See Exhibit A), but not admitted to the bar of this court. I understand that if this Court grants me admission pro hac vice, the movant bringing this motion must participate in the preparation and presentation of the matters listed above, and must accept service of all papers served.

Type/Print Name: Michelle M. Blum Signature: Michelle Blum Date: 1/03/02

Attorney License Number: 162512

Law Firm Name & Address: Jones, Day, Reavis & Pogue
5 Park Plaza, Suite 1100, Irvine, CA 92614

Telephone: (949) 851-3939

Motion Granted: Richard D. Sletten, /lj
For the Court: Richard D. Sletten, Clerk

Date: JAN 07 2002

Note: The original of this form and the Pro Hac Vice admission fee of $25 shall be filed with the Clerk of Court before you will be included in the roll of admitted attorneys and receive notices generated in the above-entitled action.

FILED JAN 07 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______