**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

RACHEL ANNE ENGSTROM,

Plaintiff,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.,

Defendant.

Civil No. 01-2181 (DWF/AJB)

**ORDER OF DISMISSAL**

---

Thomas J. Lyons, Jr., Esq., Consumer Justice Center, 342 County Road D East, Little Canada, MN 55117 and Thomas J. Lyons, Esq., Lyons & Associates, 342 County Road D East, Little Canada, MN 55117, counsel for Plaintiff.

William Gengler, Esq., and Gregory Myers, Esq., Lockridge Grindal Nauen, 100 Washington Avenue South, Suite 2200, Minneapolis, MN 55401 and Michael Blum, Esq., Gregory Woodard, Esq., Jones Day, 3 Park Plaza, Suite 1100, Irvine, CA 92614, counsel for Defendant.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for forty-five (45) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: March 5, 2003

DONOVAN W. FRANK
Judge of United States District Court

Filed MAR 0 5 2003
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______