**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Rachel Anne Engstrom,

Plaintiff,

v.

Experian Information Solutions, Inc.

Defendant.

CASE NO. 01-CV- 2181 DWF/AJB

**STIPULATION FOR DISMISSAL WITH PREJUDICE AND ORDER THEREON**

---

WHEREAS, Plaintiff Rachel Anne Engstrom and Defendant Experian Information Solutions, Inc have reached a resolution of this action:

THE PARTIES DO AND HEREBY STIPULATE THAT, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, this matter be dismissed with prejudice in its entirety with regard to Defendant Experian Information Solutions, Inc., with each party to bear their own costs.

**SO STIPULATED.**

Dated: January 23, 2003

JONES DAY

By: ______________________
Gregory E. Woodard, CA#203019
Admitted *pro hac vice*
5 Park Plaza, Suite 1100
Irvine, CA 92614
Telephone: (949) 851-3939

LOCKRIDGE GRINDAL NAUEN P.L.L.P.
William A. Gengler, #210626
Gregory J. Myers, #0287398
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401
Telephone: (612) 339-6900

FILED MAR 0 6 2003
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ________
DEPUTY CLERK ________



LAI-2028428v1

Attorneys for Defendant
EXPERIAN INFORMATION SOLUTIONS, INC.

Dated: ~~January~~ MARCH 4, 2003

CONSUMER JUSTICE CENTER, P.A.

By: ______________________
Thomas J. Lyons, Jr., #249646
342 East County Road D
Little Canada, MN 55117
Telephone: (651) 770-9707

Attorneys for Plaintiff
RACHEL ANNE ENGSTROM

**IT IS SO ORDERED.**

DATED: 3/6/03

______________________
HONORABLE DONOVAN W. FRANK

U.S. DISTRICT COURT JUDGE



LAI-2028428v1